# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRY E. HAMILTON,

    Plaintiff,

v.

CENTRE COUNTY TAX CLAIM BUREAU, et al.,

    Defendants.

NO: 3:17-CV-1853
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 2nd DAY OF SEPTEMBER, 2020, upon *de novo* review of the report and recommendation of Magistrate Judge Karoline Mehalchick (Doc. 55) and upon consideration of the various motions filed by *pro se* Plaintiff Harry E. Hamilton, including a motion for reconsideration (Doc. 62), numerous motions for injunctive relief (Docs. 50, 51, 53, 54, 64, 67), and a motion for special relief (Doc. 65), for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion for reconsideration (Doc. 62) is **DENIED**.

2. The Report and Recommendation (Doc. 55) is **ADOPTED** as modified for the reasons set forth in this Court's memorandum opinion.

3. Defendants' Motion to Dismiss (Doc. 46) is **GRANTED**.

4. Plaintiff's Second Amended Complaint (Doc. 35) is **DISMISSED**.

5. The Court declines to exercise supplemental jurisdiction over any remaining state law claims.

6. All remaining motions (Docs. 50, 51, 53, 54, 64, 65, 67) are **DISMISSED** as moot.

7. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge