THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRY E. HAMILTON,                          :
                                            : CIVIL ACTION NO. 3:17-CV-1853
            Plaintiff,                      : (JUDGE MARIANI)
                                            :
      v.                                    :
                                            :
                                            :
CENTRE COUNTY TAX CLAIM                     :
BUREAU, et al.,                             :
                                            :
            Defendants.                     :

## ORDER

AND NOW, THIS _4th_ DAY OF OCTOBER 2021, for the reasons set out in the

accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. The "Motion to Extend Time to Appeal and Reopen 3:17 cv 1853 Under Federal Rule

   of Procedure 60(b)(6) or Notice of Appeal to Third Circuit Court of Appeals" (Doc. 72)

   is **DENIED**;

2. The "Amended Motion to Extend Time to Appeal and Reopen 3:17 cv 1853 Under

   Federal Rule of Procedure 60(B) or Notice of Appeal to Third Circuit" (Doc. 73) is

   **DENIED**;

3. The "Temporary Injunctive Relief Removal, Reopening and Combining Cases and

   Assistance with Serving Declaratory Relief and Permanent Injunction with Added

   Defendant, Jury Demand, and Complaint for Damages" (Doc. 74) is **DENIED**;

4. Plaintiff's request for a temporary injunction (Doc. 76) is **DENIED**.

Robert D. Mariani
United States District Judge